■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON BALLINGER, Appellant. [999 NYS2d 756]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Kings County (Dowling, J.), imposed January 10, 2013, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Austin, Roman and Duffy, JJ., concur.